(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-cr-00245-LJO-SKO |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| MARIA VEGA, | **AND** |
| Defendants. | **ORDER** |

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein that the Status Conference set for September 17, 2012 at 1:00 pm be continued to October 29, 2012 at 1:00 pm.

The reason for this request is that counsel for the Defendant needs additional time to review the voluminous discovery produced to date.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv). The failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

DATED: September 12, 2012.    NUTTALL & COLEMAN

/s/ Mark W. Coleman

———————————————
MARK W. COLEMAN,
Attorney for Defendant

DATED: September 12, 2012

/s/ Kirk E. Sherriff

———————————————
KIRK E. SHERRIFF,
Assistant United States Attorney

\* \* \* \* \* \*

## O R D E R

For the reasons set forth above, the continuance requested by the parties is granted for good cause. Time is excluded under the Speedy Trial Act from September 17, 2012 to, and including, October 29, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv).

IT IS SO ORDERED.

**Dated:   September 13, 2012**                    /s/ Sheila K. Oberto
                                                                      UNITED STATES MAGISTRATE JUDGE