**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA VEGA,<br><br>Defendants. | Case No.: 1:12-cr-00245-LJO-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>**AND**<br>**ORDER** |

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein that the Status Conference set for October 29, 2012 at 1:00 pm be continued to November 19, 2012 at 1:00 pm.

The reason for this request is that counsel for the Defendant needs additional time to review the voluminous discovery produced to date and compile additional records. Additionally, Defendant has retained an expert to review the tax records and the review is not complete.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv).  The failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

| | | |
|---|---|---|
| DATED: October 25, 2012. | NUTTALL & COLEMAN | |
| | /s/ Mark W. Coleman | |
| | _____ | |
| | MARK W. COLEMAN, Attorney for Defendant | |
| DATED: October 25, 2012 | | |
| | /s/ Kirk W. Sherriff | |
| | _____ | |
| | KIRK E. SHERRIFF, Assistant United States Attorney | |

\* \* \* \* \* \*

# **O R D E R**

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from October 29, 2012 to, and including, November 19, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv).

IT IS SO ORDERED.

**Dated:   October 25, 2012**           /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE