(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
MARIA VEGA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   1:12-cr-00245-LJO-SKO |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING** |
| MARIA VEGA, | **AND** |
| Defendant. | **O R D E R** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for June 9, 2014, at 8:30 a.m., be continued to July 14, 2014, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, be scheduled as follows:

Report Available to Defense Counsel and AUSA on or before June 9, 2014.

Informal Objections to be served on or before June 23, 2014.

Formal Objections to be filed on or before July 7, 2014.

This continuance is requested by counsel for Defendant, MARIA VEGA, due to the fact that Ms. Vega is still gathering financial and personal information for the Probation Office. Once this information is obtained, the Probation Office will need time to evaluate the information for purposes of the Presentence Report.

Counsel for Defendant has spoken with Assistant U.S. Attorney, KIRK SHERRIFF, who has no objection to this continuance.

Dated: May 2, 2014.         Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
MARIA VEGA

Dated: May 2, 2014.         UNITED STATES ATTORNEY'S OFFICE

/s/ Kirk Sherriff

KIRK SHERRIFF
Assistant U.S. Attorney

\* \* \* \* \* \* \*

O R D E R

IT IS SO ORDERED.

Dated:   **May 4, 2014**              **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE
                                    _____