(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
MARIA VEGA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | CASE NO.:   1:12-cr-00245-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING AND O R D E R** |
| MARIA VEGA, | |
| Defendant. | |

TO:  THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for July 14, 2014, at 8:30 a.m., be continued to September 22, 2014, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, be scheduled as follows:

   Report Available to Defense Counsel and AUSA on or before August 18, 2014.

   Informal Objections to be served on or before September 1, 2014.

Formal Objections to be filed on or before September 15, 2014.

This continuance is requested by counsel for Defendant, MARIA VEGA, due to the fact that Ms. Vega is continuing to gather financial and personal information for the Probation Office. Once this information is obtained, the Probation Office will need time to evaluate the information for purposes of the Presentence Report. The Probation Officer assigned to this case, Brian Bedrosian, will be out of the office from June 30, 2014 through July 14, 2014. A continuance to September 22, 2014, gives the Defendant sufficient time to gather the information needed, and Defendant will not request any further continuances.

Counsel for Defendant has spoken with Assistant U.S. Attorney, KIRK SHERRIFF, who has no objection to this continuance.

Dated: June 4, 2014.                     Respectfully Submitted,

                                        NUTTALL & COLEMAN

                                        /s/ Mark W. Coleman

                                        MARK W. COLEMAN
                                        Attorney for Defendant,
                                        MARIA VEGA

Dated: June 4, 2014.                     UNITED STATES ATTORNEY'S OFFICE

                                        /s/ Kirk Sherriff

                                        KIRK SHERRIFF
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:   **June 4, 2014**                    **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE