(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
MARIA VEGA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | CASE NO.:  1:12-cr-00245-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING** |
| MARIA VEGA, | **AND** |
| | **O R D E R** |
| Defendant. | |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for September 22, 2014, at 8:30 a.m., be continued to October 27, 2014, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, be scheduled as follows:

    Informal Objections to be served on or before October 6, 2014.

    Formal Objections to be filed on or before October 20, 2014.

This continuance is requested by counsel for Defendant, MARIA VEGA, in order to give Ms. Vega additional time to make restitution. To date, she has paid over $160,000.00 of in restitution, and she is working on getting the funds together to pay the remaining restitution. A continuance to October 27, 2014, should give the Defendant sufficient time to pay the remaining restitution due in her case.

Counsel for Defendant has spoken with Assistant U.S. Attorney, KIRK SHERRIFF, who has no objection to this continuance.

Dated: August 28, 2014.  Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
MARIA VEGA

Dated: August 28, 2014.  UNITED STATES ATTORNEY'S OFFICE

/s/ KIRK SHERRIFF

KIRK SHERRIFF
Assistant U.S. Attorney

* * * * * * *

O R D E R

IT IS SO ORDERED.

Dated:  **August 28, 2014**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE
Judge, U. S. District Court

2
STIPULATION TO CONTINUE SENTENCING