(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
MARIA VEGA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | CASE NO.:  1:12-cr-00245-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING** |
| MARIA VEGA, | **AND** |
| Defendant. | **O R D E R** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for October 27, 2014, at 8:30 a.m., be continued to November 24, 2014, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant, MARIA VEGA, due to the fact that Mr. Coleman has a pre-planned trip out of the country from October 25, 2014 through October 29, 2014.  Counsel did not realize the calendaring mistake until Tuesday October 21, 2014.

///

Counsel for Defendant has spoken with Assistant U.S. Attorney, KIRK SHERRIFF, who has no objection to this continuance.

Dated: October 22, 2014.            Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
MARIA VEGA

Dated: October 22, 2014.            UNITED STATES ATTORNEY'S OFFICE

/s/ Kirk Sherriff

KIRK SHERRIFF
Assistant U.S. Attorney

\* \* \* \* \* \* \*

O R D E R

IT IS SO ORDERED.

Dated:   **October 22, 2014**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE