(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
   MARIA VEGA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARIA VEGA,<br><br>          Defendant. | CASE NO.:   1:12-cr-00245-LJO-SKO<br><br>**STIPULATION FOR CONTINUANCE OF DEFENDANT'S SURRENDER DATE**<br>**AND**<br>**O R D E R** |

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that Defendant, Maria Vega's, surrender date of March 16, 2015, be extended to April 6, 2015.

The reason for this request is that Defendant must tend to financial matters that can only be handled by Defendant. Specifically, Ms. Vega works as a real estate agent specializing in short sales. Over the past two to three years, she has been working on a few short sales and they have just been accepted by the lender. She is now in the process of waiting for escrow to close, and there is a lot of paperwork to be completed, documents to be signed, telephone calls to make, etc. She is requesting some additional time prior to surrendering so that she can finish these short sales that she has been working on for years, and get the commission she has

earned. She does not have anyone to step in at this point and take over, and if she does not complete the job, she could lose the commission.

Counsel for Defendant has spoken with Assistant U.S. Attorney, KIRK SHERRIFF, who has no objection to this request.

Dated: March 11, 2015.                Respectfully Submitted,

                                               NUTTALL & COLEMAN

                                                /s/ Mark W. Coleman

                                               MARK W. COLEMAN
                                               Attorney for Defendant,
                                               MARIA VEGA

Dated: March 11, 2015.                UNITED STATES ATTORNEY'S OFFICE

                                                /s/ Kirk Sherriff

                                               KIRK SHERRIFF
                                               Assistant U.S. Attorney

\* \* \* \* \* \* \*

O R D E R

GOOD CAUSE APPEARING,

Defendant, Mari Vega's, surrender date is extended from March 16, 2015 to April 6, 2015.

IT IS SO ORDERED.

Dated:   **March 11, 2015**              **/s/ Lawrence J. O'Neill**
                                                                           UNITED STATES DISTRICT JUDGE